Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★ ★

## MEMORANDUM OPINION

No. 04-08-00292-CV

Frank **HERRERA** and Helen Herrera,
Appellants

v.

**SOUTH SIDE CREDIT UNION** and Roy Baker Motors,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-11827
Honorable Janet P. Littlejohn, Judge Presiding

PER CURIAM

Sitting:    Alma L. López, Chief Justice
            Rebecca Simmons, Justice
            Steven C. Hilbig, Justice

Delivered and Filed:   December 23, 2008

DISMISSED

Appellant's brief was originally due to be filed by August 1, 2008. No brief has been filed. On November 20, 2008, we ordered that appellant show cause in writing within fifteen days why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a). We received no response. The appeal is, therefore, dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

PER CURIAM